**No. 53369.**—Park & Tilford Import Corp. *v.* United States, protests 123104–K, etc. (New York).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 53370.**—Acme Sales & Import Co. et al. *v.* United States, protests 124864–K, etc. (Boston).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53371.**—Judge & Dolph, Ltd. *v.* United States, protest 801883–K/82993 (Chicago).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JULY 11, 1949

**No. 53372.**—W. T. Grant Co. et al.· *v.* United States, protests 35944–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53373.**—Alster Jewelry Co. et al. *v.* United States, protests 138435–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JULY 11, 1949

**No. 53374.**—R. H. Macy & Co., Inc. *v.* United States, protests 501665–G, etc. (New York).

Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 53375.**—R. H. Macy & Co., Inc. *v.* United States, protests 970240–G, etc. (New York).

Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 53376.**—R. H. Macy & Co., Inc. *v.* United States, protest 74075–K (New York).

Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 53377.**—Simon Bros. Co. et al. *v.* United States, protests 108663–K, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiffs was sustained.

**No. 53378.**—Fine Arts Bag Co. et al. *v.* United States, protests 110771–K, etc. (New York).